Nos. 26-3977/3980/4062/4063

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Nov 20, 2026
KELLY L. STEPHENS, Clerk

| | | |
|---|---|---|
| DUKE ENERGY OHIO, INC. (26-3977/4062); FIRSTENERGY SERVICE COMPANY (26-3980/4063); | ) | |
| Petitioners, | ) | |
| BUCKEYE POWER, INC. (26-3977/3980), | ) | |
| Proposed Intervenor, | ) | |
| v. | ) | ORDER |
| FEDERAL ENERGY REGULATORY COMMISSION, | ) | |
| Respondent. | ) | |

In these related actions, the petitioners seek review of orders of the Federal Energy Regulatory Commission (FERC). FERC moves to consolidate the appeals and for an abeyance pending the administrative rehearing period. The petitioners purportedly do not oppose the requested relief.

Upon review, FERC's motion is GRANTED. These actions are CONSOLIDATED for purposes of briefing and submission. Additionally, further proceedings are held in ABEYANCE until December 15, 2026. FERC shall file either the certified record index or a status report on December 15, 2026. Finally, in the event that no entity seeks further rehearing and FERC files the certified record index, the parties shall file a joint briefing proposal by January 14, 2027.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens

Kelly L. Stephens, Clerk